UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

FILED '09 MAR 05 14:07 USDC-ORP

JOHN BUDD,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
COMMISSIONER of Social Security,

    Defendant.

CV # 07-1912-MA

ORDER FOR EAJA FEES

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5988.31, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, shall be awarded to Plaintiff; and no costs or expenses, made payable to and mailed to Plaintiff's attorney.

DATED this __5__ day of ~~February~~ March, 2009.

                                                /s/ Malcolm F. Marsh
                                              HON. MALCOLM F. MARSH
                                              UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Linda Ziskin
LINDA ZISKIN, OSB # 01106
(503) 889-0472
Of Attorneys for Plaintiff